UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, Derivatively on behalf of EXCO RESOURCES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DOUGLAS H. MILLER, STEPHEN SMITH, JEFFREY BENJAMIN, VINCENT CEBULA, EARLE ELLIS, JAMES FORD, MARK F. MULHERN, T. BOONE PICKENS, JEFFREY S. SEROTA, ROBERT L. STILLWELL, ARES MANAGEMENT LLC and OAKTREE CAPITAL MANAGEMENT, LP, <br><br> Defendants, <br><br> - and - <br><br> EXCO RESOURCES, a Texas Corporation, <br>       Nominal Defendant. | Case No. 3:11-CV-00199-P <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> JURY TRIAL DEMANDED. |

### AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE

Before the Court is Plaintiff and Defendants' Agreed Motion to Dismiss Without

Prejudice, filed on May 11, 2011 pursuant to Rules 23.1(c) and 41(a) of the Federal Rules

5

of Civil Procedure. Having considered the motion the Court finds that it should be and is hereby **GRANTED**.

Pursuant to Rule 23.1(c), the Court approves Plaintiff's voluntary dismissal without prejudice of all Defendants and finds that no notice to shareholders is required.

It is therefore **ORDERED** that the claims asserted in the above-numbered cause of action by Plaintiff against all Defendants are **DISMISSED** without prejudice.

**SO ORDERED** on this 13th day of May, 2011.

_____
The Honorable Jorge A. Solis
**UNITED STATES DISTRICT JUDGE**

**AGREED AND APPROVED:**

s/ Stuart J. Guber
Stuart J. Guber
**ATTORNEY FOR PLAINTIFF**


s/ J. Hoke Peacock III
J. Hoke Peacock III
**ATTORNEY FOR DEFENDANT**
**OAKTREE CAPITAL MANAGEMENT, L.P.**


s/ Andrew M. Farthing
Andrew M. Farthing
**ATTORNEY FOR DEFENDANT**
**ARES MANAGEMENT LLC**


s/ Michael L. Raiff
Michael L. Raiff
**ATTORNEY FOR DEFENDANT**
**DOUGLAS H. MILLER**


s/ T. Ray Guy
T. Ray Guy
**ATTORNEY FOR DEFENDANT**
**STEPHEN SMITH, JEFFREY BENJAMIN, VINCENT CEBULA, EARLE ELLIS, JAMES FORD, MARK F. MULHERN, T. BOONE PICKENS, JEFFREY S. SEROTA, ROBERT L. STILLWELL and NOMINAL DEFENDANT EXCO RESOURCES, INC.**